OTTO CANDIES, INC., Appellant,

v.

GREAT AMERICAN INSURANCE COM-
PANY, Appellee.

No. 21104.

United States Court of Appeals
Fifth Circuit.

June 2, 1964.

George B. Matthews, Lemle & Kel-
leher, New Orleans, La., for Otto
Candies, Inc., appellant.

J. Barbee Winston, New Orleans, La.,
Jas. Hy. Bruns, Phelps, Dunbar, Marks,
Claverie & Sims, New Orleans, La., of
counsel, for appellee.

Before RIVES and JONES, Circuit
Judges, and BOOTLE, District Judge.

PER CURIAM:

The appellant's opening paragraph in
its brief recites that it has little, if any,
quarrel with the findings of fact of the
district court, although the inferences
and conclusions are challenged. The
findings of fact and conclusions are in

the district court's published opinion. Otto Candies, Inc. v. Great American Insurance Company, D.C.La., 221 F.Supp. 1014. The case is one where, under McAllister v. United States, 348 U.S. 19, 75 S.Ct. 6, 99 L.Ed. 20, we must affirm the district court. Were we free to consider the case de novo we would reach no different conclusion.

The judgment of the district court is Affirmed.